# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Humrickhouse, Stephani W. | 2. Court or Organization<br><br>Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report<br><br>4/29/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Court (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Campbell University School of Law, Board of Visitors |
| 2. Board Member | North Carolina Museum of History Associates |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/15/2019 | Matthew Bender & Co / Colliers Author | $1,200.00 |
| 2. 12/27/2019 | Matthew Bender & Co / Colliers Author | $2,800.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | FMI Corp W-2 |
| 2. 2019 | FMI Corp 1120S K-1 |
| 3. 2019 | FMI Corp 1099 |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern BAnkruptcy Institute | 5/30/2019 - 6/1/2019 | N. Myrtle Beach, SC | Eastern Bankruptcy Institute | Lodging |
| 2. | Federal Judicial Center | 7/7/2019 - 7/10/2019 | New York | FJC Judges' Workshop | Lodging, Travel, Meals |
| 3. | American Bankruptcy Institute | 7/18/2019 - 7/20/2019 | Amelia Island, FL | ABI - Southeastern Workshop | Lodging, Travel, Meals |
| 4. | North Carolina Bar Association | 11/22/2019 - 11/112/2019 | Wilmington, NC | Annual North Carolina Bar Bankruptcy Institute | Lodging, Meals |
| 5. | Turnaround Management Association | 12/2/2019 - 12/3/2019 | Charlotte, NC | TMA Annual Judges' Panel | Lodging, Travel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Interest | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 3. FMI 401K (H) | | | | | | | | | |
| 4. --R6 Eagle Small Cap Growth (Carillon) HSRUX | A | Dividend | | | Sold | 06/01/19 | L | D | |
| 5. --Harbor Capital Appreciation Inst Div HACAX | | None | | | Sold | 06/01/19 | M | E | |
| 6. --Hartford Int'l Opp R5 IHOTX | A | Dividend | | | Sold | 06/01/19 | K | C | |
| 7. --John Hancock Disc. Value JDVWX | | None | | | Sold | 06/01/19 | L | E | |
| 8. --MFS International Value R4 MINHX | A | Dividend | | | Sold | 06/01/19 | K | C | |
| 9. --Metropolitan West Total Return Bond MWTRX | B | Int./Div. | | | Sold | 06/01/19 | K | C | |
| 10. --Principal Real Estate Securities Inst. PIREX | C | Dividend | | | Sold | 06/01/19 | K | C | |
| 11. --Prudential Jennison Health Sciences PHSZX | B | Dividend | | | Sold | 06/01/19 | L | E | |
| 12. --TRowe Price Science and Tech/Adv PRSCX | A | Dividend | | | Sold | 06/01/19 | K | E | |
| 13. -- Vanguard Mid Cap Index Admiral VIMAX | A | Dividend | | | Sold | 06/01/19 | L | E | |
| 14. --Wells Fargo Stable Return Fund N | D | Interest | | | Sold | 06/01/19 | O | | |
| 15. --Wells Fargo/Blackrock S&P 500 Index | A | Dividend | | | Sold | 06/01/19 | K | E | |
| 16. Etrade (H) | | | | | | | | | |
| 17. --1 Share S&P Midcap ETF (IJH) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | --1 Share S&P Small Cap ETF (IJR) | A | Dividend | L | T | | | | | |
| 19. | --BXMT (Blackstone Mortgage Tr.) | A | Dividend | K | T | Buy | 06/06/19 | K | | |
| 20. | --KBWP (Invesco Exe. Tr.) | A | Dividend | K | T | Buy | 06/06/19 | K | | |
| 21. | --SPDR S&P Small Capital Growth ETF (SLYG) | A | Dividend | J | T | | | | | |
| 22. | --UTX (United Tech) | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 23. | Vanguard Brokerage Acct (H) | | | | | | | | | |
| 24. | --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | M | T | | | | | |
| 25. | --Vanguard Prime Money Mkt Fund VMMXX (checking) | A | Interest | N | T | | | | | |
| 26. | --Vanguard Large Capital ETF VV | A | Dividend | L | T | | | | | |
| 27. | ---Capital One Bank CD | B | Interest | M | T | | | | | |
| 28. | --NOBL (ProsharesTrust S&P 500) | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 29. | --AMRN (Amarin Corp) | | None | | | Buy | 01/10/19 | J | | |
| 30. | | | | | | Sold | 11/19/19 | J | B | |
| 31. | --ALPP (Alpine) | | None | L | T | Buy | 01/15/19 | J | | |
| 32. | | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 06/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 36. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 37. | | | | | Sold (part) | 11/05/19 | J | D | |
| 38. | | | | | Sold (part) | 11/06/19 | K | E | |
| 39. Edward Jones Joint - 1 (H) | | | | | | | | | |
| 40. --SPDR High Yield ETF (JNK) | B | Dividend | K | T | | | | | |
| 41. --EUFN (I Shares TR/MSCI) | B | Dividend | | | Sold | 11/27/19 | K | | |
| 42. --EWJ | A | Dividend | K | T | | | | | |
| 43. --FBGX (UBS Ag London Brh) | | None | K | T | | | | | |
| 44. --FIEE (UBS AG London ETN) | | None | J | T | | | | | |
| 45. --IEV I Shares Europe ETF | B | Dividend | L | T | | | | | |
| 46. --FIGY (Barclays) (Y) | | | | | | | | | *SEE NOTE |
| 47. --IXN (ETF) | A | Dividend | K | T | | | | | |
| 48. --IXP | A | Dividend | J | T | | | | | |
| 49. --Morgan Stanley Money Market | A | Interest | M | T | | | | | |
| 50. --MBB (ETF) | A | Dividend | K | T | | | | | |
| 51. --QQQ (ETF) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  --TFI (ETF) | A | Dividend | K | T | | | | | |
| 53.  --XLG (ETF) | A | Dividend | K | T | | | | | |
| 54.  --XLF (ETF) | B | Dividend | J | T | | | | | |
| 55.  --XLP | A | Dividend | J | T | | | | | |
| 56.  --XLV (ETF) | A | Dividend | K | T | | | | | |
| 57.  --VIS | A | Dividend | K | T | | | | | |
| 58.  --VWO | A | Dividend | J | T | | | | | |
| 59.  --Wells Fargo CD | B | Interest | | | Matured | 12/30/19 | L | | |
| 60.  Janney, Montgomery, Scott (H) | | | | | | | | | |
| 61.  --BP Capital Twin MLP Fund (BPMAX)<br>Name Change HMSFX | A | Dividend | J | T | | | | | |
| 62.  --BAEIX (mutual fund) | D | Dividend | O | T | | | | | |
| 63.  --Cullen High Div. Equity Classic<br>(CHVCX) | D | Dividend | M | T | | | | | |
| 64.  --Federated Treasury Fund (cash acct) | A | Interest | J | T | | | | | |
| 65.  --Vanguard Value ETF VTV | B | Dividend | M | T | | | | | |
| 66.  Merrill Lynch Wealth Management - CMA<br>#1 (H) | | | | | | | | | |
| 67.  --ALLSTATE CORP. Preferred Stock<br>ALLPRA | A | Dividend | J | T | | | | | |
| 68.  --Eli Lilly (LLY) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | --Intel (INTC) | A | Dividend | K | T | | | | | |
| 70. | --Merrill Lynch (FIA Card Services) Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 71. | --Powershares Variable Rate (VRP) | B | Dividend | K | T | | | | | |
| 72. | Merrill Lynch Wealth Management - CMA #2 (H) | | | | | | | | | |
| 73. | --Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 74. | --Wells Fargo CD | A | Interest | | | Matured | 03/28/19 | L | | |
| 75. | --BMW Bank CD | A | Interest | | | Matured | 08/19/19 | L | | |
| 76. | --JP Morgan Chase Preferred | C | Dividend | L | T | | | | | |
| 77. | --Morgan Stanley Preferred | C | Dividend | L | T | | | | | |
| 78. | --Preferred Deposit Cash Account | A | Interest | J | T | | | | | |
| 79. | --Federal Institution Prime MM (PVOXX) | A | Interest | K | T | Buy | 08/20/19 | L | | |
| 80. | | | | | | Buy (add'l) | 08/30/19 | K | | |
| 81. | | | | | | Sold (part) | 09/12/19 | K | | |
| 82. | | | | | | Sold (part) | 11/16/19 | K | | |
| 83. | --Allstate Preferred Stock #1 | B | Dividend | K | T | Buy | 11/08/19 | K | | |
| 84. | --AT&T Preferred Stock | B | Dividend | K | T | Buy | 12/12/19 | K | | |
| 85. | --Bank of America Preferred Stock #1 | B | Dividend | K | T | Buy | 06/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Bank of America Preferred Stock #2 | C | Dividend | L | T | Buy | 09/17/19 | K | | |
| 87.  --Duke Energy | C | Dividend | L | T | Buy | 03/29/19 | K | | |
| 88.  --Allstate Preferred Stock #2 | B | Dividend | K | T | Buy | 08/08/19 | K | | |
| 89.  --Neighbors Ind. | A | Interest | K | T | Buy | 10/30/19 | K | | |
| 90.  Merrill Lynch Wealth Management - IRA (H) | | None | | | | | | | |
| 91.  --Alger Spectra (ASPZX) | | None | | | Sold | 08/13/19 | L | E | |
| 92.  --AMBFX | A | Dividend | K | T | | | | | |
| 93.  --Bank of America, NA, RAST (FIA Card Svc Cash (11AXX)) | A | Interest | J | T | | | | | |
| 94.  --BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |
| 95.  --CSCO | A | Dividend | J | T | | | | | |
| 96.  --Credit Suisse | | None | | | Sold | 04/09/19 | J | | |
| 97.  --First Eagle (SG11X) | A | Dividend | | | Sold | 08/14/19 | K | C | |
| 98.  --Googl | | None | | | Buy | 04/09/19 | J | | |
| 99. | | | | | Sold | 09/16/19 | K | B | |
| 100.  --Intel INTC | A | Dividend | J | T | | | | | |
| 101.  --MTUM | A | Dividend | | | Sold | 08/14/19 | K | C | |
| 102.  --Oppenheimer Dev (ODVYX) | A | Dividend | | | Sold | 08/13/19 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Oppenheimer Int'l (OIGYX) | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 104. --Oppenheimer (RDIV) | B | Dividend | K | T | | | | | |
| 105. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | | | | | |
| 106. --Proctor & Gamble (PG) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | A | |
| 107. --Royal Dutch Shell RDSB | A | Dividend | J | T | | | | | |
| 108. --Royal Dutch Shell RDSA | A | Dividend | J | T | | | | | |
| 109. --SPDR (Y) | | | | | | | | | * SEE NOTE |
| 110. --XLK | A | Dividend | J | T | | | | | |
| 111. --XOM | A | Dividend | J | T | | | | | |
| 112. --Federated Ins't Prime MM (PVOXX) (cash acct) | B | Interest | M | T | Open | 08/14/19 | N | | |
| 113. --Bank of America Cash Acct. | A | Interest | J | T | | | | | |
| 114. --Kinder Morgan | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 115. --Energy Transfer (ET) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 116. | | | | | Sold | 11/14/19 | J | | |
| 117. Edward Jones IRA #1 (H) | | | | | | | | | |
| 118. --AT&T | A | Dividend | J | T | | | | | |
| 119. --Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Conoco Phillips | A | Dividend | J | T | | | | | |
| 121.  --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 122.  --Tiffany & Co. | A | Dividend | | | Sold | 10/30/19 | J | C | |
| 123.  --PWB (Invesco Exc. Traded Lg Cap) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 124.  --NOBL (Proshares S&P 500 Div Anst) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 125.  Edward Jones IRA #2 (H) | | | | | | | | | |
| 126.  --Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 127.  --Tiffany & Co. | A | Dividend | | | Sold | 10/30/19 | J | B | |
| 128.  --Trust Energy Spyder ETF (XLE) | A | Dividend | J | T | | | | | |
| 129.  --PWB (Invesco Exc. Traded Lg. Cap) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 130.  --NOBL (Proshares S&P 500 Div Anst) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 131.  Edward Jones Single One (H) | | | | | | | | | |
| 132.  --Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 133.  --American Funds TAIAX | A | Dividend | L | T | | | | | |
| 134.  --Goldman Sachs CD | A | Interest | | | Matured | 08/15/19 | K | | |
| 135.  --Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 136.  --Prudential Prem. Ret. Contract Annuity | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --Raleigh Durham Airport Bond | A | Interest | K | T | | | | | |
| 138.  --NC Med Care Comm Bond | B | Interest | L | T | Buy | 07/17/19 | M | | |
| 139.  Edward Jones Single 4 (H) | | | | | | | | | |
| 140.  --Edward Jones Cash Account (backed by PNC) | A | Interest | K | T | | | | | |
| 141.  --Amazon (AMZN) | | None | K | T | | | | | |
| 142.  --APY | | None | | | Sold | 08/29/19 | J | | |
| 143.  --AT&T (T) | A | Dividend | J | T | | | | | |
| 144.  --DollarGen (DG) | A | Dividend | J | T | | | | | |
| 145.  --Dover Corp (DOV) | A | Dividend | J | T | | | | | |
| 146.  --Emerson Electric (EMR) | A | Dividend | J | T | | | | | |
| 147.  --Exxon Mobile (XOM) | A | Dividend | J | T | | | | | |
| 148.  --Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 149.  --LINDE PLC (LIN) | A | Dividend | K | T | | | | | |
| 150.  --Microsoft (MSFT) | A | Dividend | J | T | | | | | |
| 151.  --Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 152.  --Target (TGT) | A | Dividend | J | T | | | | | |
| 153.  --United Tech (UTX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --Ventas (VTR) | A | Dividend | | | Sold | 11/07/19 | J | | |
| 155.  --Verizon (VZ) | A | Dividend | J | T | | | | | |
| 156.  --Invesco XSLV | A | Dividend | J | T | | | | | |
| 157.  --Invesco XMLV | A | Dividend | K | T | | | | | |
| 158.  --Ishares DGRO | A | Dividend | K | T | | | | | |
| 159.  --Ishares ITA | A | Dividend | J | T | | | | | |
| 160.  --Ishares IBB | A | Dividend | J | T | | | | | |
| 161.  --Spyder XLP | A | Dividend | J | T | | | | | |
| 162.  --Spyder XLU | A | Dividend | J | T | | | | | |
| 163.  --Vanguard VFH | A | Dividend | J | T | | | | | |
| 164.  --Danaher (DHR) | A | Dividend | J | T | Buy | 07/16/19 | J | | |
| 165.  --PWB (Invesco Exc Tr. Dynamic) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 166.  --NOBL (Proshares S&P 500 Div Anst) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 167.  Durham Arvin Partnership | | None | L | W | | | | | |
| 168.  FMI Corp. Stock | F | Distribution | | | Sold | 05/20/19 | O | | |
| 169.  Nationwide Whole Life Insurance | | None | J | T | | | | | |
| 170.  North State Bank Acct | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Bank of America Account | A | Interest | J | T | | | | | |
| 172.  Equitable Life Insurance (cash value) | A | Dividend | L | T | | | | | |
| 173.  --Charter Small Cap Value | A | Dividend | J | T | | | | | |
| 174.  --Eq/500 Managed Volatility | A | Dividend | J | T | | | | | |
| 175.  --Eq/Commom Stock Index | A | Dividend | K | T | | | | | |
| 176.  --Eq/Large Cap Value Managed Volatility | A | Dividend | J | T | | | | | |
| 177.  --Guaranteed Interest Acct. | A | Interest | K | T | | | | | |
| 178.  --Multimanager Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 179.  Alpine 4 Technologies Ltd | A | Dividend | J | T | | | | | |
| 180.  AXA Advisors (H) | | | | | | | | | |
| 181.  --JP Morgan CD 48128FAXO | A | Interest | L | T | | | | | |
| 182.  --JP Morgan CD 48126Y7K3 | A | Interest | K | T | | | | | |
| 183.  --JP Morgan CD 48126Y7L1 | A | Interest | K | T | | | | | |
| 184.  --JP Morgan CD 48126Y7N7 | A | Interest | K | T | | | | | |
| 185.  --JP Morgan CD - Contingent Yield (8/30/19) | D | Interest | | | Sold | 08/30/19 | K | | |
| 186.  --JP Morgan CD - Contingent Yield (10/31/19) | D | Interest | | | Sold | 10/31/19 | K | | |
| 187.  --Cash Acct - Discover | A | Interest | M | T | Open | 01/05/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  --Delaware Life Annuity | C | Interest | M | T | Buy | 07/08/19 | L | | |
| 189.  Vanguard Rolloever IRA (H) | | | | | | | | | |
| 190.  --Federal Money Market Fund (Settlement Fund) | B | Interest | M | T | Open | 06/06/19 | P1 | | |
| 191.  --VMGXX Money Market (cash acct.) | C | Interest | N | T | Buy | 06/10/19 | O | | |
| 192.  --VFIAX (500 Index) | B | Dividend | M | T | Buy | 06/10/19 | M | | |
| 193.  --VTTVX (Target Retirement 2025) | A | Dividend | L | T | Buy | 06/10/19 | L | | |
| 194. | | | | | Buy (add'l) | 06/19/19 | L | | |
| 195.  --VWEAX (High Yield Corp Bond) | B | Dividend | L | T | Buy | 06/10/19 | L | | |
| 196.  --QQQ (Nasdeq 500) | A | Dividend | J | T | Buy | 06/17/19 | L | | |
| 197. | | | | | Sold (part) | 11/19/19 | L | D | |
| 198.  --NOBL (Proshares Trust S&P Aris) | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 199.  --CZZ (Cosan Ltd) | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 200.  --LX (LexinFintech) | | None | J | T | Buy | 10/25/19 | J | | |
| 201.  --MRVL (Marvel Tech) | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 202.  --MOMO | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 203.  --ZTO (Express Cayman) | | None | J | | Buy | 11/29/19 | J | | |
| 204.  --AMD (Adv. Micro Devices) | | None | | | Buy | 07/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold | 11/19/19 | J | A | |
| 206. E-Trade Rollover IRA (H) | | | | | | | | | |
| 207. --Cash Account | A | Interest | M | T | Open | 06/21/19 | M | | |
| 208. --DLTH (Duluth) | | None | J | T | Buy | 11/12/19 | J | | |
| 209. --HNHPF(Hon Hai Precision) | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 210. --PWB (Invesco Exc. Lg. Cap ETF) | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 211. --NEO (Neogenomics) | | None | J | T | Buy | 10/25/19 | J | | |
| 212. --OSTK (Overstock) | | None | J | T | Buy | 12/16/19 | J | | |
| 213. --NOBL (Proshares S&P Ans) | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 214. --VHT (Vanguard Healthcare ETF) | A | Dividend | J | T | Buy | 07/03/19 | K | | |
| 215. | | | | | Sold<br>(part) | 12/17/19 | K | A | |
| 216. --SPY (SPDR S&P 500 ETF) | A | Dividend | | | Buy | 07/02/19 | L | | |
| 217. | | | | | Sold | 12/23/19 | L | A | |
| 218. --ARLO (Arlo Tech) | | None | | | Buy | 10/28/19 | K | | |
| 219. | | | | | Sold<br>(part) | 11/13/19 | J | | |
| 220. | | | | | Sold | 11/25/19 | J | | |
| 221. --DSX (Dianne Shipping) | | None | | | Buy | 10/28/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 11/13/19 | J | A | |
| 223. --MR (Mortgage Resources) | | None | | | Buy | 10/28/19 | J | | |
| 224. | | | | | Sold | 11/13/19 | J | A | |
| 225. --MYOK (Myokardia) | | None | | | Buy | 10/29/19 | J | | |
| 226. | | | | | Sold | 12/24/19 | J | A | |
| 227. --TVIX (Velocity Shares) | | None | | | Buy | 11/06/19 | J | | |
| 228. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 229. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 231. | | | | | Sold | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humrickhouse, Stephani W.** | 4/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

Line 3: This 401K was closed and rolled over to Vanguard IRA (See line 189)

Line 46:  FIGY was sold on 6/14/2018 and the sale was erroneously omitted from the 2019 report

Line 109: This is a duplicate of Line 110; XLK is a name change.

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 4/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544